UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                                    23-cr-380 (JGK)

JORGE ALBERTO RAMOS,                        ORDER

        Defendant.

---

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **January 18, 2024** at **11:30 am**. Because a continuance is needed to assure the effective assistance of counsel, to allow the defendant to review discovery, and for the defendant to determine what motions--if any--the defendant intends to make, the Court prospectively excludes the time from today, **October 12, 2023**, until **January 18, 2023**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
          October 12, 2023

                                                  John G. Koeltl
                                         United States District Judge