# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

January 9, 2025

*Sentence adjourned to Feb. 6, 2025 at 2:30 P.M. Defense submission due 14 days before sentence and gov't submission due 8 days before sentence.*

*So ordered,*
*[signature] J. Koeltl U.S.D.J.*
*1/10/25*

**By ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Jorge Alberto Ramos
       23 Cr. 380 (JGK)

Dear Judge Koeltl:

I represent Jorge Alberto Ramos in the above-named matter. Mr. Ramos is scheduled to be sentenced on January 15, 2025. This letter is respectfully submitted without objection from the government, by AUSA Emily Johnson, to respectfully request an adjournment of sentencing to one of the following dates and times: February 5 after 2:00 p.m., which is preferred; February 6 after 2:00 p.m.; or January 24 before 1:00 p.m.

The reason for this request is that more time is needed to review the government's sentencing submission with Mr. Ramos prior to sentencing, which has been made more difficult by the continuous lockdowns and long wait times at the Brooklyn Metropolitan Detention Center where Mr. Ramos is detained.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

cc:    Elizabeth Espinosa
       Emily A. Johnson
       *Assistant United States Attorneys*
       (by ECF)